STANDARD MILLING COMPANY, Respondent, *v.* ELIOT A. DE PASS et al., Doing Business under the Firm Name and Style of A. S. LASCELLES & CO., Appellants.

*Standard Milling Co.* v. *de Pass*, 154 App. Div. 525, affirmed.
(Argued February 2, 1915; decided February 25, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 14, 1913, which affirmed an order of the court at a Trial Term setting aside a verdict directed by the court in favor of defendants in an action to recover loss on resale, freight, demurrage and selling expenses owing to the refusal of defendants to receive and pay for certain merchandise previously sold to them.

*Percival H. Gregory* for appellants.

*George H. Gilman* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN and SEABURY, JJ. Not sitting: MILLER, J.